Argued and submitted October 16, reversed November 13, 1996, petition for review denied April 15, 1997 (325 Or 247)

In the Matter of the Compensation of
Paige Scott, Claimant.

Paige SCOTT,
*Petitioner,*

*v.*

UNITED PARCEL SERVICE, INC.
and Liberty Northwest Insurance Co.,
*Respondents.*

(94-01285; CA A92834)

926 P2d 335

Robert Wollheim argued the cause for petitioner. With him on the brief was Welch, Bruun, Green & Wollheim.

Richard D. Barber, Jr., argued the cause for respondents. With him on the brief was Bostwick, Sheridan & Bronstein.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM